# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-04065-01-CR-C-SRB |
| DESHANNON D. TURNER, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant Deshannon Darnell Turner's Motion to Suppress Evidence be denied. (Doc. #40). After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections (Doc. #42) and ADOPTS Judge Whitworth's Report and Recommendation (Doc. #40). Defendant's Motion to Suppress Evidence (Doc. #26) is hereby DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT

DATED: May 8, 2017