IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 15-CR-04065-SRB-1 |
| DESHANNON DARNELL TURNER, ) | |
| Defendant. ) | |

## ORDER

Before the Court is a *pro se* filing by Defendant Deshannon Darnell Turner which the Court construes as a request for early termination of his supervised release. (Doc. #65.) The motion is denied without prejudice.

In 2017, Defendant Turner pled guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (Doc. #47.) This Court subsequently sentenced Defendant Turner to a forty-eight-month term of imprisonment, to be followed by a three-year term of supervised release. (Doc. #57.) His term of supervised release commenced on May 19, 2019. On November 18, 2020, Defendant Turner filed the instant motion requesting early termination of his supervised release.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1). The Court finds that the interest of justice does not warrant early termination of Defendant Turner's supervised release at this time. Rehabilitation and oversight is an important function of supervised release, and the Court believes continued compliance with the terms of his

supervised release will give Defendant Turner the best opportunity to achieve long-term rehabilitation.  Additionally, the Court notes that as of today's date, Defendant Turner has only paid $50.00 toward the $100.00 special assessment fee Ordered by this Court.  Defendant Turner may renew his request at a later time, provided he has paid the special assessment fee in full.

Accordingly, it is hereby **ORDERED** that Defendant Turner's *pro se* motion for early termination of his supervised release (Doc. #65) is DENIED without prejudice to refiling at a later date**.**

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: November 25, 2020